IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HERITAGE CHURCH**                                                               **PLAINTIFF**

**v.**                                **CIVIL CASE NO. NO. 2:24-cv-148-TBM-RPM**

**GUIDEONE MUTUAL INSURANCE**
**COMPANY; EFI GLOBAL, INC.;**
**ROBERT JAMES**                                               **DEFENDANTS**

**ORDER**

This matter came before the Court on Plaintiff Heritage Church's Motion to Remand [5] and EFI Global, Inc.'s Motion to Strike [39]. At the hearing conducted on June 28, 2025, the Court, considered the pleadings, the evidence attached to the Complaint [1-1], the record (including the Declaration of Patrick Wallace [38-1]), the oral arguments of the parties, and the relevant legal authority. The Court then explained its reasons in detail and announced on the record the following findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Heritage Church's Motion to Remand [5] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant EFI Global, Inc.'s Motion to Strike [39] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that this case is remanded to Circuit Court of Lamar County, Mississippi, and that a certified copy of this Order of remand shall be immediately mailed by the Clerk to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

This, the 28th day of July, 2025.

                                                                                TAYLOR B. McNEEL
                                                               UNITED STATES DISTRICT JUDGE